JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| KENNETH AND MARILYN COMBS,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>Defendants. | Case No.: 2:20-cv-03276-MWF-MRW<br><br>**ORDER DISMISSING DEFENDANT NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** |

Pursuant to the stipulation of the Parties, Nationstar Mortgage LLC d/b/a Mr. Cooper is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 3, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge